UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OLAYANJU MUSLIUDEEN YUSSUFF,<br><br>Defendant. | CASE NO. 12-CR-674-R<br><br>ORDER DENYING DEFENDANT'S<br>MOTION FOR EARLY TERMINATION [41]<br><br>*Denied needs supervision*<br><br>7-21-2015 |

Upon motion of defendant Olayanju Musliudeen Yussuff, and GOOD CAUSE APPEARING,

It is ORDERED

that defendant Olayanju Musliudeen Yussuff's supervised release is terminated.

DATED: July 21, 2015

**DENIED**

HONORABLE MANUEL L. REAL
United States District Court Judge
Central District of California

1